## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

IN THE MATTER OF:

HARVEY BUCKLEY                                     CASE NUMBER: 01-35876
SSN: xxx-xx-0548                                   CHAPTER 13
Debtor

---

### NOTICE TO COUNTY BANK, C/O CHECK N GO LOAN SERVICER
### THAT $0.87 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS
### ACCOUNT IN TREASURY FUND #6047BK

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to County

Bank, c/ Check N Go Loan Servicer, creditor herein, and deposits $0.87 into the Court Clerk's

Unclaimed Funds Account in Treasury Account #106000.

1. That the last known address for County Bank, c/ Check N Go Loan Servicer, was:

        Attn: ARG Bankruptcy
        5155 Financial Way
        Mason, OH 45040

2. That the Standing Chapter 13 Trustee's disbursement check has been returned with a

    "Forwarding Order Expired" stamped on the front of the envelope by the Postmaster.

3. Subsequent attempts to locate this creditor were fruitless;

4. That any objections to said Deposit should be made in writing, with the Court Clerk.

Dated:   July 19, 2010                             Respectfully Submitted,

                                                   /s/ Debra L. Miller
                                                   Debra L. Miller, Trustee
                                                   P.O. Box 11550
                                                   South Bend, IN 46634
                                                   (574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent on   July 19, 2010

By U.S. Mail to the Debtors, Debtors' Attorney and Creditor as follows:
Debtor:  Harvey Buckley, 1421 Argyle Drive, South Bend, IN 46614
Creditor:  County Bank, c/o Check N Go Loan Servicer, Attn: ARG Bankruptcy, 5155 Financial Way, Mason, OH 45040

By electronic mail via CM/ECF:
Debtors' Attorneys:  Ian R. Flora, Jennifer Prokup, William L. Hoehner
U.S. Trustee:  ustregion10.so.efc@usdoj.gov

/s/ Debra L. Miller, Trustee